O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN MASSEY,<br><br>                Petitioner,<br><br>      v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>               Respondent. | Case No. CV 11-8829 CAS (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Motion for Time Enlargement and Opposition to Report and Recommendation ("Motion"), and the remaining record, and has made a *de novo* determination.

In his Motion, Petitioner requests an enlargement of time to seek appellate counsel so that he can "move to the next phase of judicial [proceedings] in the [Ninth] Circuit[.]" (Mot. at 1.)

Foremost, Petitioner's request for an enlargement of time to seek counsel is denied. The Court finds that appointment of counsel is not necessary to avoid due process violations in the instant action. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986) ("[T]he sixth amendment right to counsel does not apply in habeas corpus actions."); *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986)

1  ("Indigent state prisoners applying for habeas corpus relief are not entitled to

2  appointed counsel unless the circumstances of a particular case indicate that

3  appointed counsel is necessary to prevent due process violations.").  Further,

4  Petitioner has not shown that he has been unable to articulate his positions because

5  of the complexity of the claims.  *See Weygandt v. Look*, 718 F.2d 952, 954 (9th

6  Cir. 1983) (observing that the decision to appoint counsel turns on petitioner's

7  ability to articulate claims in light of the complexity of the issues and the

8  likelihood of success on the merits).

9          Accordingly, IT IS ORDERED THAT:

10         1.      The Report and Recommendation is approved and accepted;

11         2.      Judgment be entered denying the Petition and dismissing this action

12                 with prejudice; and

13         3.      The Clerk serve copies of this Order on the parties.

14         Additionally, for the reasons stated in the Report and Recommendation, the

15  Court finds that Petitioner has not made a substantial showing of the denial of a

16  constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.

17  Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate

18  of appealability.

19
20  DATED: April 16, 2014

21                                                 _____

22                                                      HON. CHRISTINA A. SNYDER
                                                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28