JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN MASSEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>　　　　Respondent. | Case No. CV 11-8829 CAS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 16, 2014

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE